## Commonwealth ex rel. Herrold, Appellant, v. Botula.

Argued April 11, 1967. *Frank J. Gaffney,* with him *Thorp, Reed & Armstrong,* for appellant; *Edwin J. Martin,* Assistant District Attorney, with him *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

PER CURIAM: Order affirmed, but it is hereby directed that computation of the appellant's sentence be from March 8, 1965, instead of April 19, 1965 as presently computed by the penal authorities.

## Commonwealth ex rel. Rybarik, Appellant, v. Maroney.

Argued April 12, 1967. *Marjorie Hanson Matson,* for appellant; *Harry A. Heilman, Jr.,* District Attorney, for appellee.

Order affirmed.

HOFFMAN, J., would remand for a determination as to whether petitioner effectively waived the right to counsel for the filing of post-trial motions and the perfection of his appeal.

## Commonwealth v. Caruso, Appellant.

Argued September 15, 1966. *John J. Brazil,* with him *Farrell, Butler, Kearney & Brazil,* for appellant; *Thomas J.*